# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**Apple Inc.,**<br>**One Apple Park Way, Cupertino, CA**<br>**Host of Target Accounts 1-6** | ) ) ) ) ) ) ) ) | 

**NOT FOR PUBLIC VIEW**

Case No. **23MJ1149**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of California
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A-1, incorporated herein by reference.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B-1, incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   April 12, 2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Jill L. Burkhardt                                        .
　　　　*(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____, absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued:   3/29/23 5:39 pm         *(Judge's signature)*

City and state:   San Diego, California         Jill L. Burkhardt, United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 23mj1149 | Date and time warrant executed: 3/30/2023 @ 9:00AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

ALL STORED INFORMATION IN ICLOUD ACCOUNT:
IMAGES
VIDEOS
CHAT CONVERSATIONS
PHONE CALLS
CONTACTS
METADATA
GPS DATA
ACCOUNT INFO
SOCIAL MEDIA INFO

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/30/2023

*Executing Officer's Signature*

TRAVIS DESMOND  HSI SA
*Printed name and title*

Jill Burkhardt  6/8/2023

Print Form